938

No. 74–5816. TRIGG v. TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 74–5835. BARRETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–454. PROCUNIER, CORRECTIONS DIRECTOR v. VALRIE. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–623. KENTUCKY CARBON CORP. ET AL. v. INTERIOR BOARD OF MINE OPERATIONS APPEALS ET AL. C. A. D. C. Cir. Motion of American Mining Congress for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 74–772. CALIFORNIA ET AL. v. GORDON ET AL. Sup. Ct. Cal. Certiorari denied, there being no present case or controversy such as to confer jurisdiction on this Court.

No. 74–5552. PILCHER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court for consideration of questions not adequately presented by the record before us. These include question whether, in view of all of the circumstances attendant upon the trial, petitioner received a fair trial before an impartial judge and by an impartial jury as required by the Fourteenth Amendment. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.*

---

*See also note, *supra*, p. 914.